[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-11820
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 15, 2011
JOHN LEY
CLERK

D.C. Docket No. 8:09-cr-00534-RAL-AEP-2

UNITED STATES OF AMERICA

Plaintiff-Appellee,

versus

SHIRLEY DANIELS,
a.k.a. Miss Shelly

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(August 15, 2011)

Before EDMONDSON, HULL and PRYOR, Circuit Judges.

PER CURIAM:

R. Scott Andringa, appointed counsel for Shirley Daniels, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Daniels's conviction and sentence are **AFFIRMED**.